AO 442 (Rev. 12/85) Warrant for Arrest

BH

# United States District Court

_____ NORTHERN _____ DISTRICT OF _____ TEXAS _____

UNITED STATES OF AMERICA

V.

HOSAM MAHER HUSEIN SMADI    **WARRANT FOR ARREST**

CASE NUMBER: 3-09-MJ-286

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
SEP 29 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HOSAM MAHER HUSEIN SMADI

and bring him or her forthwith to the nearest magistrate to answer a(n)

| | Indictment | | Information | X | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition |

charging him or her with (brief description of offense)
ATTEMPTING TO USE A WEAPON OF MASS DESTRUCTION.

in violation of Title 18, United States Code, Section(s) 2332a(a)(2)(A).

HONORABLE IRMA C. RAMIREZ                   United States Magistrate Judge
Name of Issuing Officer                     Title of Issuing Officer

_Irma Camille Ramirez_                       September 24, 2009 at Dallas, Texas
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____    by    _____
                                           Name of Judicial Office

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at DALLAS, TX | | |
| DATE RECEIVED 09/24/09 | NAME AND TITLE OF ARRESTING OFFICER SA DAVID W. MARSHALL | SIGNATURE OF ARRESTING OFFICER _David W. Marshall_ |
| DATE OF ARREST 09/29/09 | | |

1782576