**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| v. | § | **CRIMINAL NO. 3:09-CR-0294-M-1** |
| | § | |
| **HOSAM MAHER HUSEIN SMADI,** | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Defendant's October 13, 2016, *pro se* motion requesting a copy of the government's sentencing brief/memorandum.  Doc. 122; Doc. 123.  Defendant states that he needs to review the sentencing brief/memorandum because he is "in the process of appealing" his case.  Doc. 122 at 1.

Defendant's motion is **DENIED**.  A review of the docket sheet reveals that no such brief was filed.  Nevertheless, a criminal defendant is not entitled to a copy of court proceedings at government expense to peruse the record for possible grounds for habeas corpus relief.  *See United States v. MacCollom*, 426 U.S. 317, 325-326 (1976); *Cowan v. United States*, 445 F.2d 855, 855 (5th Cir. 1971) (per curiam).  Defendant is advised, however, that he is not required to file transcripts or any other pleadings with any habeas petition or section 2255 motion to vacate sentence.

**SO ORDERED** November 9, 2016.

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE